AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts<br>Donohue Federal Building<br>595 Main Street<br>Worcester, MA 01608 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>LONDON-SIRE RECORDS INC.; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC. | | DEFENDANT<br>JACQUELINE TOTOLOS |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

# EXHIBIT A

## JACQUELINE TOTOLOS

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| London-Sire Records Inc. | Eden's Crush | Get Over Yourself | Popstars | 187-319 |
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| Capitol Records, Inc. | Bonnie Raitt | I Can't Make You Love Me | Luck of the Draw | 133-193 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| BMG Music | Christina Aguilera | What a Girl Wants | Christina Aguilera | 274-004 |
| BMG Music | Kenny Chesney | How Forever Feels | Everywhere We Go | 263-302 |
| Sony BMG Music Entertainment | Ricky Martin | Private Emotion | Ricky Martin | 278-159 |
| Capitol Records, Inc. | Poison | Talk Dirty to Me | Look What the Cat Dragged In | 82-349 |
| Sony BMG Music Entertainment | Nas | One Mic | Stillmatic | 305-698 |
| UMG Recordings, Inc. | 98 Degrees | My Everything | Revelation | 270-025 |