AO 440 Summons in a Civil Action

# United States District Court
## DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CIVIL CASE**

LONDON-SIRE RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

CASE NUMBER:

**05-40016 FDS**

V.

JACQUELINE TOTOLOS

TO:
JACQUELINE TOTOLOS
12 June Street
Oxford, MA 01540

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

> COLIN J. ZICK
> GABRIEL M. HELMER
> FOLEY HOAG LLP
> 155 Seaport Boulevard
> Boston, MA 02210-2600
> PHONE: (617) 832-1000
> FAX:    (617) 832-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 1/27/05

(BY) DEPUTY CLERK

AO 440  Summons in a Civil Action

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss                                                04/13/2005

I hereby certify and return that on 04/12/2005 at 11:45am I served a true and attested copy of the Summons, Complaint, Notice to Defendant, Complaint for Copyright Infringement, Exhibits A and B in this action in the following manner: To wit, by leaving at the last and usual place of abode of JACQUELINE TOTOLOS at 12 JUNE ST, OXFORD, MA and by mailing first class mail to the above address on 04/13/2005. Fees: Service 20.00, Travel 22.76, Conveyance 4.50, Attest 10.00 & Postage and Handling 3.00 Total Fees: $60.26

Deputy Sheriff Paul R Almstrom

_____
Deputy Sheriff

☐ Other (specify) _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                                Signature of Server

                                                 _____
                                                 Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.