UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CENTRAL DIVISION

| | |
|---|---|
| LONDON-SIRE RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>                   Plaintiffs,<br><br>v.<br><br>JACQUELINE TOTOLOS<br><br>                   Defendant. | CIVIL ACTION No. 05-40016 FDS<br><br>The Hon. F. Dennis Saylor |

## PLAINTIFFS' REQUEST TO ENTER DEFAULT

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  Declaration of Colin J. Zick ¶ 6.

Plaintiffs served the Summons and Complaint on Defendant on April 12, 2005, as evidenced by the proof of service on file with this Court.  Id. ¶ 2.  Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint.  Id. ¶ 4.  Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service.  Id. ¶ 6-7.

2

        LONDON-SIRE RECORDS INC.; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC.

        By their attorneys,

DATED: 5/19/05

By:   /s/ Jocelyn L. Heyman
      Colin J. Zick (BBO No. 556538)
      Gabriel M. Helmer (BBO No. 652640)
      Jocelyn L. Heyman (BBO No. 660240)
      FOLEY HOAG LLP
      155 Seaport Boulevard
      Boston, MA 02210-2600
      Phone: (617) 832-1000
      Fax:   (617) 832-7000

OF COUNSEL:

Stacey Deere, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 559-2339
Fax:   (816) 421-5547

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CENTRAL DIVISION

| | |
|---|---|
| LONDON-SIRE RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>JACQUELINE TOTOLOS<br><br>　　　　　　Defendant. | CIVIL ACTION No. 05-40016 FDS<br><br>The Hon. F. Dennis Saylor |

## DEFAULT BY CLERK

It appearing from the records in this action that Summons has been served upon Defendant Jacqueline Totolos, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Jacqueline Totolos has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Jacqueline Totolos hereby is entered.

DATED: _____        By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk