UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**London-Sire Records Inc., a Delaware Corporation; et al.,**
       **Plaintiffs,**

CIVIL ACTION
NO. 05- 40016-FDS

      V.

**Jacqueline Totolos,**
       **Defendant,**

## NOTICE OF DEFAULT

Upon application of the Plaintiffs for an order of default for failure of the Defendant, Jacqueline Totolos, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 6th day of July 2005.

SARAH THORNTON, CLERK

By: /s/ Martin Castles
Deputy Clerk

**Notice mailed to: all counsel/parties**
(default.not - 10/96)
[ntcdflt.]