UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LONDON-SIRE RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JACQUELINE TOTOLOS,<br><br>Defendant. | CIVIL ACTION No. 05-40016 FDS<br><br>The Hon. F. Dennis Saylor |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST DEFENDANT JACQUELINE TOTOLOS**

Plaintiffs apply for entry of default judgment against Defendant Jacqueline Totolos ("Defendant") pursuant to Rule 55 of the Federal Rules of Civil Procedure and the Local Rules of the District of Massachusetts. This application is based on the Memorandum of Law filed in support of this Motion, the attached declaration of counsel, the pleadings and files in this action, and such additional argument and evidence that may be presented at or before any hearing that the Court may order on this Motion. In particular, Plaintiffs state as follows:

1. The Clerk of this Court has entered the default of Defendant.

2. Defendant has not appeared in this action.

3. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person, or in active military service.

- 2 -

The judgment sought is the minimum statutory damages provided by Section 504 of the Copyright Act ($750) for each of the infringements alleged in the complaint, injunction pursuant to Section 502 of the Copyright Act, and costs, pursuant to Section 505 of the Copyright Act. Accordingly, Plaintiffs respectfully request that the Court enter default judgment in favor of Plaintiffs and against the Defendant.

|  |  |
|---|---|
|  | LONDON-SIRE RECORDS INC.; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC. |
|  | By their attorneys, |
| DATED: July 22, 2005 | By:   /s/ Jocelyn L. Heyman<br>Colin J. Zick (BBO No. 556538)<br>Gabriel M. Helmer (BBO No. 652640)<br>Jocelyn L. Heyman (BBO No. 660240)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Phone: (617) 832-1000<br>Fax:    (617) 832-7000 |

Of Counsel:
Stacey Deere, Esq.
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 559-2339
Fax:    (816) 421-5547