UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LONDON-SIRE RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JACQUELINE TOTOLOS,<br><br>Defendant. | CIVIL ACTION No. 05-40016 FDS<br><br>The Hon. F. Dennis Saylor |

### DECLARATION OF COLIN J. ZICK IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT AGAINST JACQUELINE TOTOLOS

I, COLIN J. ZICK, declare:

1. I am an attorney at law licensed to practice before the Courts of the Commonwealth of Massachussetts and this United States District Court. I am one of the attorneys for Plaintiffs in the above-captioned matter. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On January 27, 2005, Plaintiffs filed the Complaint.

3. On July 6, 2005, the Clerk of this Court entered the default of Defendant.

4. Defendant has not appeared in this action.

5.   I am informed and believe that Defendant is not an infant or incompetent person and, after consulting available public databases, is not in the military service.

6.   Plaintiffs have incurred costs in this case in the amount of $170.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of July, at Boston.

_____
COLIN J. ZICK